# Court of Appeals
# of the State of Georgia

ATLANTA,  February 01, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0216. KIM CAMILLE FLORENCE v. JERRIE R. FLORENCE.**
**A23D0220. KIM CAMILLE FLORENCE v. JERRIE R. FLORENCE.**

Jerrie R. Florence filed suit in Columbus Municipal Court, seeking a writ of possession for a residence occupied by Kim Camille Florence.[1] Kim defended on the grounds that she had a contractual right to reside in the property until her father's death, at which time she would receive a life estate in the property. Kim also asserted a counterclaim for, inter alia, wrongful eviction. After Kim failed to appear for trial, the court dismissed her counterclaim for failure to prosecute and granted Jerrie a writ of possession. Kim then filed these timely applications for a discretionary appeal.[2]

Applications for discretionary appeal are required in "[a]ppeals from cases involving distress or dispossessory warrants in which the only issue to be resolved is the amount of rent due and such amount is $2,500.00 or less." OCGA § 5-6-35 (a) (3). A review of Kim's application materials, however, shows that she seeks to raise issues other than the amount of rent due. Specifically, she seeks to establish that she has a life estate in the subject residence. Additionally, the application materials indicate that Kim is also seeking to challenge the dismissal of her counterclaim. Kim, therefore, has a right of direct appeal.

---

[1] The application materials indicate that there is a familial relationship between Jerrie and Kim, but do not state the exact nature of that relationship.

[2] Although filed and docketed as two separate applications, the application materials in Case No. A23D0220 appear to supplement those filed in Case No. A23D0216. Both applications seek to appeal the same orders.

This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, these applications are hereby GRANTED.  Kim shall have ten days from the date of this order to file a notice of appeal in the municipal court. See OCGA § 5-6-35 (g). The clerk of the municipal court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.[3]



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  *02/01/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[3] Kim also filed two separate motions for contempt in Case No. A23D0216. It appears that both motions seek the same relief — i.e., both motions seek to have the Clerk of the Columbus Municipal Court held in contempt in the event the clerk failed to provide Kim and/or this Court with stamped filed copies of the writ of possession and order of dismissal Kim seeks to appeal. Since Kim filed her contempt motions, however, this Court has received stamped filed copies of the documents in question. Accordingly, the motions for contempt are hereby DISMISSED as moot.